Stephanie R. Tatar (237792)
TATAR LAW FIRM, PAC
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695
Stephanie@thetatarlawfirm.com

*Attorneys for Plaintiff Ruby P. Nance*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBY P. NANCE**<br><br>**Plaintiff,**<br><br>vs.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC. and EQUIFAX INFORMATION SERVICES LLC**<br><br>**Defendants.** | Civil Action No. 8:14-cv-669 R-E<br><br>**JOINT REPORT OF EARLY MEETING** |

Plaintiff ("Plaintiff") and Defendant Experian Information Solutions, Inc. and Defendant Equifax Information Services, LLC (collectively, the "Parties") met and conferred pursuant to this Court's Order Re: Notice to Counsel, paragraph 8, and hereby submit the following Joint Report:

1. Both Defendants filed their Answers on May 27, 2014. See Docket Numbers 10 and 12.
2. The Parties have met for the purpose of making their initial disclosures on June 16, 2014.

Dated: June 16, 2014

                                  Respectfully Submitted,

/s/ Stephanie R. Tatar
Stephanie R. Tatar
Tatar Law Firm, APC
3500 West Olive Avenue
Suite 300
Burbank, CA 91505
*Attorney for Plaintiff Ruby Nance*

/s/ Nilab N. Rahyar
Ms. Nilab N. Rahyar
JONES DAY
3161 Michelson Drive, Suite 800
Irvine CA 92612
*Attorney for Defendant Experian Information Solutions, Inc.*

 /s/ Thomas P. Quinn_____
Mr. Thomas P. Quinn
Nokes & Quinn, APC
410 Broadway, Suite 200
Laguna Beach CA 92651
*Attorney for Defendant Equifax Information Services LLC*