Name and Address:
Gregory Gorski
Francis & Mailman, P.C.
Land Title Building, 19th Floor
100 South Broad Street
Philadelphia, PA 19110

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Ruby P. Nance | CASE NUMBER |
|---|---|
| Plaintiff(s) | 8:14-cv-00669-R-E |
| v. | |
| Experian Information Solutions, Inc., et al. | ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HACE VICE* |
| Defendant(s). | |

The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

*Gorski, Gregory*
*Applicant's Name (Last Name, First Name & Middle Initial)*

*(215) 735-8600*           *(215) 940-8600*
*Telephone Number*          *Fax Number*

*ggorski@consumerlawfirm.com*
*E-Mail Address*

Francis & Mailman, P.C.
100 S. Broad Street, 19th Floor
Land Title Building
Philadelphia, PA 19110
*Firm Name & Address*

for permission to appear and participate in this case on behalf of

Ruby P. Nance
*Name(s) of Party(ies) Represented*    ☐ *Plaintiff*   ☐ *Defendant*   ☒ *Other:* Plaintiff

and designating as Local Counsel

Tatar, Stephanie R.                                              of
*Designee's Name (Last Name, First Name & Middle Initial)*

237792              (323) 744-1146
*Designee's Cal. Bar Number*   *Telephone Number*

(888) 778-5695
*Fax Number*

Tatar Law Firm, APC
3500 West Olive Street
Suite 300
Burbank, CA 91505
*Firm Name & Address*

*Stephanie@TheTatarLawFirm.com*
*E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED**.

**Dated** **August 18, 2014**

_____
**U.S. District Judge**