UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No:   8:14–cv–00669–R–E           Date:   11/16/2014

Title:   RUBY P. NANCE V. EXPERIAN INFORMATION SOLUTIONS, INC. ET AL

PRESENT:  HONORABLE MANUEL L. REAL, JUDGE

|   Christine Chung   |   None Present   |
|---|---|
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:   ATTORNEYS PRESENT FOR DEFENDANTS:

    None                                        None

PROCEEDINGS:   ORDER (IN CHAMBERS) SETTING PRE–TRIAL & TRIAL DATES

COUNSEL ARE NOTIFIED that this action is hereby placed on calendar for FINAL PRE–TRIAL CONFERENCE on April 6, 2015 at 11:00 AM.

Memoranda of Contentions of Fact and Law, Exhibit Lists and Witness Lists shall be filed and served on or before March 16, 2015, which date will also serve as the discovery cut–off date in this action. There is no Motion Cut–Off Date set.

PRE–TRIAL CONFERENCE ORDER shall be lodged with this Court on or before March 30, 2015.

Jury Trial is set as May 5, 2015 at 09:00 AM.

IT IS SO ORDERED.

cc: counsel of record